UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 04-21769-CIV-MARTINEZ

ELTON BARRIOS,
    Plaintiff,
vs.

BEST BUY CO., INC.,
    Defendant.
_____/

NIGHT BOX FILED
JUN 27 2005
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have agreed to settle this matter. Plaintiff requests that the Court allow the Plaintiff 15 days to file a Joint Stipulation for Dismissal.

REMER & GEORGES-PIERRE, P.A.
NEW WORLD TOWER
100 N. Biscayne Boulevard
Suite 1003
Miami, FL 33132
Phone: (305) 416-5000
Fax:    (305) 416-5005

By: _____
Jason S. Remer, Esq.
FBN: 0165580

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this 27 day of June 2005 to:
Lawrence A. Farese, Esq.
711 Fifth Avenue South, Suite 201
Naples, FL 34102

By: _____
Jason S. Remer, Esq.
FBN: 0165580